```
GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

KIRBY McINERNEY LLP
Ira M. Press *pro hac vice*
Sarah G. Lopez *pro hac vice*
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone:  (212) 371-6600
Facsimile: (212) 751-2540
```

*Counsel for Plaintiff and proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT & CONCRETE WORKERS DISTRICT COUNCIL PENSION FUND<br><br>Plaintiff<br><br>v.<br><br>HEWLETT PACKARD COMPANY, and MARK A. HURD,<br><br>Defendants | CIVIL ACTION NO.: 12-CV-04115 (PJH)<br><br>CLASS ACTION<br><br>**DECLARATION OF IRA M. PRESS IN SUPPORT OF LOCAL 338 RETIREMENT FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**<br><br>DATE: November 28, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Honorable Phyllis J. Hamilton<br>CTRM: 3 – 3rd Floor |

DECLARATION OF IRA M. PRESS IN SUPPORT OF LOCAL 338 RETIREMENT FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

IRA M. PRESS declares as follows:

1. I am a partner in the law firm of Kirby McInerney LLP, counsel for Local 338 Retirement Fund ("Local 338" or "Movant"). I submit this declaration in support of Local 338's motion for appointment as lead plaintiff and approval of selection of counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the notice of pendency of class action that was published on August 17, 2012 in *Investors Business Daily*, a widely circulated national business-oriented newspaper

3. Attached hereto as Exhibit 2 is a true and correct copy of the signed certification of Local 338, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. *See* 15 U.S.C. § 78u-4(a)(2).

4. Attached hereto as Exhibit 3 is a chart, prepared by counsel, listing Local 338's transactions and losses in Hewlett Packard Company ("HP") stock during the period between November 13, 2007 and August 6, 2010, inclusive (the "Class Period"), and calculating Movant's losses from Class Period investments in HP stock.

5. Attached hereto as Exhibit 4 is a true and correct copy of *Morris v. Smith Micro Software Inc.*, SACV 11-0976 AG (ANx), slip op. (C.D. Cal. Oct. 17, 2011).

6. Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Kirby McInerney LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2012.

_____
IRA M. PRESS

DECLARATION OF IRA M. PRESS IN SUPPORT OF LOCAL 338 RETIREMENT FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On October 16, 2012, I caused to be served the following document:

**DECLARATION OF IRA M. PRESS IN SUPPORT OF LOCAL 338 RETIREMENT FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2012, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　*s/ Lionel Z. Glancy*
　　　　　　　　　　　　　　　　　　　Lionel Z. Glancy

# Mailing Information for a Case 4:12-cv-04115-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Sarah G. Lopez**
  slopez@kmllp.com

- **Ira M. Press**
  ipress@kmllp.com,plinden@kmllp.com,lmorris@kmllp.com,slopez@kmllp.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,mmgoldberg@glancylaw.com

- **Andrew Michael Purdy**
  apurdy@morganlewis.com

- **Diane Leslie Webb**
  dwebb@morganlewis.com,cericson@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)