LAWRENCE D. LEWIS (BAR NO. 053985)
DWIGHT L. ARMSTRONG (BAR NO. 075716)
KEITH PAUL BISHOP (BAR NO. 100309)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: llewis@allenmatkins.com
        darmstrong@allenmatkins.com
        kbishop@allenmatkins.com

Attorneys for Defendant
MARK V. HURD

AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: awintersheimer@allenmatkins.com

Attorneys for Defendant
MARK V. HURD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CEMENT & CONCRETE WORKERS DISTRICT COUNCIL PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT PACKARD COMPANY, and MARK A. HURD,<br><br>Defendants. | Case No. 12-CV-04115-JST<br><br>ASSIGNED FOR ALL PURPOSES TO Hon. Jon S. Tigar<br><br>**DEFENDANT MARK V. HURD'S RE-NOTICE OF HEARING ON MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: May 30, 2013<br>Time: 2:00 p.m.<br>Ctrm: 9, 19th Floor<br><br>Complaint Filed: August 3, 2012<br><br>Trial Date: None Set |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

978165.01/OC

DEFENDANT MARK V. HURD'S RE-NOTICE
OF HEARING ON MOTION TO DISMISS
AMENDED COMPLAINT

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the hearing on Defendant Mark V. Hurd's ("Hurd") Motion to Dismiss Amended Complaint (Dkt. No. 37) previously set for March 22, 2013 at 9:00 a.m. before the Honorable Phyllis J. Hamilton at the Oakland Courthouse has been vacated pursuant to the Court's Order re-assigning the case to the Honorable Jon S. Tigar.

The hearing is rescheduled to May 30, 2013 at 2:00 p.m., or as soon as the matter may be heard, in the courtroom of the Honorable Jon S. Tigar, at the San Francisco Courthouse, Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. At that time, Hurd will, and hereby does, move the Court to dismiss Plaintiff's Amended Complaint for Violations of Federal Securities Laws pursuant to Federal Rules of Civil Procedure, Rules 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995.

Dated: February 22, 2013

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
LAWRENCE D. LEWIS
DWIGHT L. ARMSTRONG
KEITH PAUL BISHOP
AMY WINTERSHEIMER FINDLEY


By: */s/ Lawrence D. Lewis*
   LAWRENCE D. LEWIS
   Attorneys for Defendant
   MARK V. HURD

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

978165.01/OC

-1-

DEFENDANT MARK V. HURD'S RE-NOTICE
OF HEARING ON MOTION TO DISMISS
AMENDED COMPLAINT