UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RETAIL WHOLESALE & DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND,

Plaintiff

v.

HEWLETT PACKARD COMPANY, and MARK A. HURD,

Defendants

Case No. 12-cv-04115 JST

**JUDGMENT**

Dept.: Courtroom 9, 19th Floor
Judge: Hon. Jon S. Tigar

Complaint Filed: August 3, 2012

This action having been dismissed upon the granting with prejudice of the Defendants' Motions to Dismiss (Docket No. 95), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Defendants Hewlett-Packard Company and Mark V. Hurd and against Lead Plaintiff Retail Wholesale & Department Store Union Local 338 Retirement Fund.

**IT IS SO ORDERED.**

Dated: August 1, 2014

JON S. TIGAR
United States District Judge